■ In the Matter of JUDSON HOLDING Co., INC., Respondent, v. KURT BEHME, as Town Clerk of the TOWN OF BROOKHAVEN, et al., Appellants.— In a proceeding pursuant to article 78 of the CPLR, the appeal is from a judgment of the Supreme Court, Suffolk County, entered February 19, 1974, which annulled a determination and remanded petitioner's application for preliminary approval of a certain map to the appellant Planning Board for further action. Permission to take the appeal is granted by Mr. Justice Martuscello. Judgment affirmed, without costs (see *Matter of Soffer* v. *Behme* 46 A D 2d 847). Martuscello, Acting P. J., Latham, Brennan and Munder, JJ., concur; Cohalan, J., not voting.